CITY OF SYRACUSE, Respondent, *v.* ONONDAGA COUNTY SAVINGS BANK, Appellant, Impleaded with Others.

*City of Syracuse* v. *Onondaga Co. Sav. Bank,* 174 App. Div. 902, affirmed.

(Submitted December 6, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 26, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought by the plaintiff for the foreclosure of the general city tax of the city of Syracuse for the year 1908, assessed against the defendant, the Onondaga County Savings Bank, as the owner of two vacant lots in said city. The relief sought was the sale of the lots and a judgment against

the Onondaga County Savings Bank for any deficiency on account of the general city tax of 1908, and all other taxes and local improvement assessments which had been levied or assessed subsequent to the tax upon which this action is brought.   The question was whether under chapter 385 of the Laws of 1911 the defendant Onondaga County Savings Bank was personally liable for a local improvement assessment so as to warrant a deficiency judgment for the amount thereof.

*Harold Stone* for appellant.

*Stewart F. Hancock, Corporation Counsel,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, MCLAUGHLIN and CRANE, JJ.